NO. 07-03-0280-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 4, 2003

_____

THE STATE OF TEXAS, APPELLANT

V.

MARTIN RODRIGUEZ, APPELLEE

_____

FROM THE COUNTY COURT OF PARMER COUNTY;

NO. 9269; HONORABLE BONNIE CLAYTON HEALD, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM**

Pending before this Court is the State's request to withdraw its notice of appeal by which it challenges the trial court's order granting appellee's motion to suppress. The request is signed by the Assistant County Attorney of Parmer County. Accordingly, pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure, the appeal is

dismissed. Having dismissed the appeal at the request of the State, no motion for rehearing will be entertained and our mandate will issue forthwith.


                                    Don H. Reavis
                                      Justice

Do not publish.